# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY PUTNAM,

                  Plaintiff(s),

           v.

PNC GLOBAL INVESTMENT
SERVICING, INC., et al.,

               Defendant(s).

_____/

CASE NO. 4:10-cv-1456-PJH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓       Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* ___  _____

The parties agree to hold the ADR session by:
        the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓       other requested deadline  60 days after the action becomes at issue.

Dated: July 7, 2010

Dated: 07/06/2010

/S/ Gary Lane, Esq.
Attorney for Plaintiff

Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

  Non-binding Arbitration
  Early Neutral Evaluation (ENE)
✓  Mediation
  Private ADR

Deadline for ADR session
  90 days from the date of this order.
✓  other   60 days after action at-issue

IT IS SO ORDERED.

Dated:   7/6/10



IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA