UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY PUTNAM,

        Plaintiff,                          No. C 10-1456 PJH

    v.                                 **ORDER TO SHOW CAUSE**

PNC GLOBAL INVESTMENT SERVICING, INC., et al.,

        Defendants.

_____/

A hearing was held on June 2, 2010 on defendant's motion to dismiss the complaint. No one appeared for plaintiff. On June 7, 2010, this court dismissed without prejudice plaintiff's complaint against defendant (with the exception of a single claim that was dismissed with prejudice). Plaintiff was ordered to file an amended complaint no later than July 7, 2010 or the case would be dismissed with prejudice. That deadline is now one week past, and plaintiff has yet to file an amended complaint.

The court, having informed plaintiff that the complaint would be dismissed with prejudice if not amended within thirty days, would generally simply enter a dismissal without further order. However, the docket reflects that even though plaintiff failed to appear at the hearing and failed to comply with the order to amend her complaint, she did file on July 1, 2010 a stipulation re: ADR process, which may suggest some interest in pursuing this case.

Accordingly, plaintiff is ordered to show cause why the case should not be dismissed with prejudice. Plaintiff may discharge the order to show cause by filing an amended complaint in accordance with the court's instructions by July 21, 2010. A failure to file the amended complaint or respond in writing to this OSC, will result in the dismissal of this action with prejudice.

1 | The case management conference scheduled for July 22, 2010 is CONTINUED to August 19, 2010 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 14, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge