**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7

SHIRLEY PUTNAM,

8

          Plaintiff,                              No. C 10-1456 PJH

9

          v.                                      **ORDER OF DISMISSAL**

10

PNC GLOBAL INVESTMENT SERVICING,
11  INC., et al.,

12           Defendants.
                                              /
13

14          On June 7, 2010, this court dismissed without prejudice plaintiff's complaint against

15  defendant.  Plaintiff was ordered to file an amended complaint no later than July 7, or the

16  complaint would be dismissed with prejudice.  Plaintiff failed to do so, but did file a

17  stipulation re: ADR process on July 1, 2010.  On July 15, 2010, this court issued an order to

18  show cause, instructing plaintiff to show cause why the action should not be dismissed with

19  prejudice, and informing plaintiff that she could discharge the order to show cause by filing

20  an amended complaint in accordance with the court's instructions no later than July 21,

21  2010, or else respond in writing to the OSC.  More than one week has now passed since

22  the July 21 deadline, and plaintiff has again failed to file an amended complaint, or

23  otherwise respond in writing to the court's prior order.

24          The court has considered the five factors set forth in Malone v. United States Postal

25  Service, 833 F.2d 128, 130 (9th Cir. 1987), and has determined that notwithstanding the

26  public policy favoring the disposition of actions on their merits, the court's need to manage

27  its docket and the public interest in the expeditious resolution of the instant litigation require

28  dismissal of this action.  In view of plaintiff's lack of response to this court's prior orders, the

court finds there is no appropriate less drastic sanction.

Accordingly, this action is DISMISSED with prejudice pursuant to Fed. R. Civ. Pro. 41(b) for plaintiff's failure to prosecute.  In light of this holding, defendant's pending motion to be relieved as counsel in connection with this litigation is also denied as MOOT.

**IT IS SO ORDERED.**

Dated: July 30, 2010

_____

PHYLLIS J. HAMILTON
United States District Judge

**United States District Court**
For the Northern District of California

2