UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHIRLEY PUTNAM,

    Plaintiff,

    v.

PNC GLOBAL INVESTMENT SERVICING, INC., et al.,

    Defendants.
_____/

No. C 10-1456 PJH

**JUDGMENT**

    The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

    it is Ordered and Adjudged

    that plaintiff take nothing, and that the action be dismissed.

    IT IS SO ORDERED.

Dated: July 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge